UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2351 RHK/FLN

| | | |
|---|---|---|
| LAZARO DESPAIGNE BORRERO,<br><br>Petitioner,<br><br>v.<br><br>CURTIS J. ALJETS, INS,<br><br>Respondent. | ) | **O R D E R** |

This matter came before the court on the Respondent's Motion for Extension of Time, and no hearing thereon being necessary, it is hereby

**ORDERED** that the time within which the Respondent has to respond to the Petition is extended to and including December 22, 2000.

Dated: 11/28/00

FRANKLIN L. NOEL
Chief United States Magistrate Judge

FILED NOV 29 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________