UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

LAZARO DESPAIGNE BORRERO,

Petitioner,

v.

CURTIS J. ALJETS, IMMIGRATION AND NATURALIZATION SERVICE,

Respondent.

Civil No. 00-2351 (RHK/FLN)

**ORDER**

Petitioner commenced this action by filing a petition seeking habeas corpus relief pursuant to 28 U.S.C. § 2241. Respondent has filed a response to the petition, contending that Petitioner is not entitled to the relief that he is seeking. The issues have been fully briefed, and the matter has been assigned to the undersigned Magistrate Judge to prepare a Report and Recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.1.

However, the parties presented their respective positions in this case before the Supreme Court handed down its decision in Zadvydas v. Davis, 2001 WL 720662 (U.S. June 28, 2001). It appears that Zadvydas may be highly relevant to the claims raised by Petitioner, and the Court believes that both parties should explain how the present case might be affected by Zadvydas. Therefore, both parties will be required to submit a new memorandum of law explaining how Zadvydas should affect the Court's analysis of Petitioner's pending habeas corpus claims. Each party shall file and serve such a memorandum by no later than July 24, 2001.

FILED JUL 06 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED ______
DEPUTY CLERK'S INITIALS ______

It is therefore ordered that:

On or before July 24, 2001, Petitioner and Respondent shall each submit a written memorandum explaining how the Supreme Court's decision in Zadvydas v. Davis should affect the Court's analysis of the claims raised in Petitioner's habeas corpus petition; and thereafter the parties shall await the further order of the Court.

Dated: July 5, 2001

FRANKLIN L. NOEL
United States Magistrate Judge