UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2351 (RHK/FLN)

| | |
|---|---|
| LAZARO D. BORRERO,<br><br>Petitioner,<br><br>v.<br><br>CURTIS ALJETS, IMMIGRATION AND NATURALIZATION SERVICE,<br>Respondent.<br><br>Defendant. | ORDER APPOINTING COUNSEL TO REPRESENT LAZARO BORRERO |

Pursuant to 18 U.S.C. 3006A(a)(2)(B), the Court finds that the interest of justice are served by the appointment of the Federal Public Defender to represent Mr. Lazaro Borrero in his pending Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. §2241. Therefore, it is hereby ORDERED that the Federal Public Defender represent Mr. Borrero in the above-captioned case during the remaining proceedings.

Date: July 17 2001

Honorable Franklin L. Noel
United States Magistrate Judge

FILED JUL 18 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK