UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2351 (RHK/FLN)

| | | |
|---|---|---|
| LAZARO D. BORRERO, Petitioner, v. CURTIS ALGJETS, IMMIGRATION AND NATURALIZATION SERVICE, Defendant. | ) | ORDER |

Upon application of the defendant and for good cause shown, it is HEREBY ORDERED that defendants request to file memorandum on August 7, 2001 is granted.

DATED: July 20, 2001

Franklin L Noel
Honorable Franklin Noel
United States Magistrate Judge

FILED JUL 23 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK