# UNITED STATES DISTRICT COURT
## District of Minnesota

Case Number: Civil No. 00-2351 RHK/FLN

**PETITION FOR ADMISSION PRO HAC VICE**
**FOR U.S. GOVERNMENT ATTORNEY USE ONLY**
(Filing Fee Waived)

**Affidavit of Proposed Admittee**

I, Anthony P. Nicastro, am currently a member in good standing of the bar of ~~the United States District~~ court for the PA, VA, USCTA Armed Forces ~~District~~ of U.S. Army Ct. of Crim. Appeals, but not admitted to the bar of this court. I will be representing I N S, (Government Agency) in the following listed action:

Case Number: Civil No. 00-2351 Judge Assigned: Franklin L. Noel

Title: Borrero vs. I NS

Aug 15, 2001 (Date)

Anthony P. Nicastro (Signature)

Soc.Sec.# 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

Govt.Agency: Office of Immigration Litigation, DOJ
Suite/Bldg: National Place Building
Street Address: 838 Ben Franklin STATION
City State Zip: Washington, DC
Telephone: (202) 616-9358

**Affidavit/Certification**

I hereby certify that the affiant listed herein is employed as an attorney by this United States government agency.

8/15/01 (Date)

[signature] (Signature)

Name: Friedrich A P Siekert
Title: AUSA
U.S. Agency: U.S. DOJ

Motion granted: [signature] AUG 16 2001
FOR THE COURT: ~~Francis E. Dosal~~, Clerk Date

Note: the original of this form must be filed with the Clerk of Court for the District of Minnesota in order to include you in the roll of admitted attorneys and before notices to counsel can be generated.

( ) THIRD DIVISION:
708 Federal Bldg.,
316 N. Robert Street
St. Paul, MN. 55101

( ) FOURTH DIVISION
514 U. S. Courthouse
110 So. 4th Street
Minneapolis, MN 55401

( ) FIFTH DIVISION
417 U. S. Courthouse
515 W. 1st Street
Duluth, MN. 55802

REV.7/92 ATTY\PHVG.F

FILED AUG 16 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______