# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Lazaro Despaigne Borrero,

Petitioner,

Civil No. 00-2351 (RHK/FLN)

vs.

**ORDER**

Curtis Aljets, Immigration and Naturalization Service,

Respondent.

---

Before the Court are Respondent's Objections to the September 10, 2001 Report and Recommendation (R&R) of Chief Magistrate Judge Franklin L. Noel. Judge Noel has recommended that Petitioner's habeas corpus application be granted and, subject to certain conditions, he be released from physical custody. After a de novo review of the matter, the undersigned has concluded that no useful purpose would be served by issuing a memorandum opinion. Judge Noel's recitation of the factual background and analysis of the issues presented is thorough and well reasoned. His recommended disposition is fully supported by applicable legal principles. The R&R will be adopted in its entirety.

Accordingly, and upon all the files, records, and proceedings herein, **IT IS ORDERED**:

1. The Objections (Doc. No. 33) are **OVERRULED**;
2. The Report and Recommendation (Doc. No. 31) is **ADOPTED**;

DEC 18 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. Petitioner's application for a writ of habeas corpus (Doc. No. 1) is **GRANTED**, unless, on or before January 3, 2002, Respondent submits written evidence to the undersigned demonstrating that there is a significant likelihood that Petitioner actually will be removed from the United States in the reasonably foreseeable future; and

4. Upon entry of an order granting the writ of habeas corpus, Petitioner shall be released from physical custody, subject to such terms and conditions of release as the INS deems appropriate pursuant to 8 U.S.C. § 1231(a)(3).

Dated: December 18, 2001

RICHARD H. KYLE
United States District Judge