**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Lazaro Despaigne Borrero,

Petitioner,

vs.

Curtis Aljets, Immigration and Naturalization Service,

Respondent.

Civil No. 00-2351 (RHK/FLN)

**WRIT OF HABEAS CORPUS**

By Order of December 18, 2001, Petitioner's application for a Writ of Habeas Corpus was granted unless this Court received, by January 3, 2002, written evidence from Respondent demonstrating that there was a significant likelihood that Petitioner actually would be removed from the United States in the reasonably foreseeable future. By letter dated January 3, 2002, Respondent has indicated that it cannot make such a showing.

Accordingly, and upon all the files, records and proceedings herein, **IT IS ORDERED**:

1. Petitioner's Application for a Writ of Habeas Corpus (Doc. No. 1) is **GRANTED**; and

2. Respondent Immigration and Naturalization Service shall **FORTHWITH** release Petitioner from its physical custody subject only to such terms and conditions of release as Respondent deems appropriate pursuant to 8 U.S.C. § 1231(a)(3).

Dated: January 4, 2002

RICHARD H. KYLE
United States District Judge

JAN 04 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK