UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2351 RHK/FLN

| | | |
|---|---|---|
| LAZARO DESPAIGNE BORRERO,<br>Petitioner,<br>v.<br>CURTIS J. ALJETS and Immigration and Naturalization Service,<br>Respondents. | ) | **ORDER OF DISMISSAL** |

Pursuant to the Opinion and Judgment dated April 15, 2003 of the United States Court of Appeals for the Eighth Circuit, the petition for a writ of habeas corpus is hereby dismissed with prejudice.

Dated: 10-9-03

Richard H. Kyle
District Judge
United States District Court

FILED OCT 10 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD OCT 10 2003
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## District of Minnesota

700 Federal Building
316 North Robert Street
St. Paul, MN 55101

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

417 Federal Building
515 West First Street
Duluth, MN 55802

## CIVIL NOTICE

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

> ***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.